**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)**

|  |  |
|---|---|
| **DYNAMICS RESEARCH CORPORATION** ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v.  ) <br> ) <br> **ACS STATE & LOCAL SOLUTIONS, INC.** ) <br> ) <br> *Defendant.* ) <br> ) | **CASE NO. 1:12-cv-553 <br> (TSE/TRJ)** |

**STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS**

The parties, Dynamics Research Corporation and Xerox State & Local Solutions, Inc. (f/k/a ACS State & Local Solutions, Inc.), jointly and pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c), stipulate and agree that all claims and counterclaims pending in this action shall be dismissed with prejudice, each party to pay its own attorneys fees and costs.

Dated: January 17, 2013                         Respectfully submitted,

Dynamics Research Corporation               Xerox State & Local Solutions, Inc. F/K/A
*By Counsel*                                              ACS State & Local Solution, Inc.
                                                              *By Counsel*

 /s/ Adrien C. Pickard                                /s/ Michelle D. Gambino
Adrien C. Pickard (VSB No. 65833)         Michelle D. Gambino (VSB No. 70708)
APickard@BlankRome.com                     mgambino@mcguirewoods.com
Brian A. Bannon, Esq. (*Pro Hac Vice*)      John Wilburn (VSB. No. 41141)
Bannon-B@BlankRome.com                    jwilburn@mcguirewoods.com
Alan M. Freeman, Esq. (*Pro Hac Vice*)    Stephen Mulligan (VSB No. 78858)
Freeman@BlankRome.com                       smulligan@mcguirewoods.com
BLANK ROME LLP                                  McGuireWoods LLP
600 New Hampshire Avenue, NW            1750 Tysons Boulevard, Suite 1800
Washington, D.C. 20037                          McLean, Virginia 22102
Tel: 202-772-5845                                     Tel: (703) 712-5000
Fax: 202-572-1430                                    Fax: (703) 712-5050
*Counsel for Plaintiff/Counterdefendant*   *Counsel for Defendant/Counterplaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of January, 2013, I filed the foregoing Stipulation of Dismissal of Claims and Counterclaims using the Clerk's CM/ECF system, which will send notice of this filing to the following counsel of record:

    Michelle D. Gambino, Esq.
    John D. Wilburn, Esq.
    Stephen P. Mulligan, Esq.
    McGuireWoods LLP
    1750 Tysons Boulevard, Suite 1800
    McLean, Virginia 22102
    JWilburn@McGuireWoods.com
    SMulligan@McGuireWoods.com
    *Counsel for Defendant/Counterplaintiff*

    /s/  Adrien C. Pickard
    Adrien C. Pickard (VSB No.: 65833)
    APickard@BlankRome.com
    BLANK ROME LLP
    600 New Hampshire Avenue, NW
    Washington, D.C. 20037
    Tel: 202-772-5845
    Fax: 202-572-1430
    *Counsel for Plaintiff/Counterdefendant*